Michael W. Melendez
Nevada Bar No. 6741
COZEN O'CONNOR
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Tel:    702.470.2330
Fax:    702.470.2355
Email: mmelendez@cozen.com

Attorneys for Defendant
REDWOOD FIRE AND CASUALTY INSURANCE COMPANY

Patrick W. Kang
Nevada Bar No. 10381
KANG & ASSOCIATES, PLLC
6480 West Spring Mountain Road, Suite 1
Las Vegas, NV 89146
Tel:    702.333.4223
Fax:    702.507.1468
Email: pkang@acelawgroup.com
            filing@acelawgroup.com

Attorneys for Plaintiffs
and Counter-Defendants
FREDDY HWANG and SAPPRO GROUP NEVADA, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FREDDY HWANG, an Individual; SAPPORO GROUP NEVADA, INC., a Domestic Corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDWOOD FIRE & CASUALTY INSURANCE COMPANY, a Foreign Corporation; DOES 1 through 25 inclusive; and DOE CORPORATIONS 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00879-JCM-EJY<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE**<br><br>**[FIRST REQUEST]** |

### JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF DATE

This is the first stipulation and request to extend the discovery November 30, 2022 discovery cut-off date, which falls just after the Thanksgiving holiday. Among other things, the parties need to schedule percipient witness and expert witness depositions and need additional time to do so, given the holiday and the availability of witnesses and attorneys. The parties wish to extend the discovery cut-off date to December 16, 2022. This extension will not affect any other deadline in the Court's current Scheduling Order [Dkt. 14], and no party will be prejudiced by this extension.

**IT IS THEREFORE STIPULATED AND AGREED** by plaintiffs Freddy Hwang and Sapporo Group Nevada, Inc. and defendant Redwood Fire and Casualty Insurance Company to extend the discovery cut-off date from November 30, 2022 to December 30, 2022.

Dated:  November 4, 2022                KANG & ASSOCIATES, PLLC

By: /s/ *Patrick W. Kang*
Patrick W. Kang
KANG & ASSOCIATES, PLLC
6480 West Spring Mountain Road, Suite 1
Las Vegas, NV 89146

Attorney for Plaintiffs and Counter-Defendants
FREDDY HWANG and SAPPRO GROUP NEVADA, INC.

Dated:  November 4, 2022                COZEN O'CONNOR

**IT IS SO ORDERED.**

By: /s/ *Michael W. Melendez*
Michael W. Melendez
COZEN O'CONNOR
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169

_____
**U.S. MAGISTRATE JUDGE**

Attorneys for Defendant and Counter-Claimant
REDWOOD FIRE AND CASUALTY
INSURANCE COMPANY

**Dated:  November 4, 2022**