1  Michael W. Melendez (Nevada Bar No. 6741)
   Michael.Melendez@kennedyslaw.com
2  KENNEDYS CMK LLP
   455 Market Street, Suite 1900
3  San Francisco, CA  94105
   Tel: (415) 323-4460
4  Fax: (415) 323-4445

5  Attorneys for Defendant and Counter-Claimant
   REDWOOD FIRE AND CASUALTY INSURANCE
6  COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FREDDY HWANG, an Individual; SAPPORO GROUP NEVADA, INC., a Domestic Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>REDWOOD FIRE & CASUALTY INSURANCE COMPANY, a Foreign Corporation; DOES 1 through 25 inclusive; and DOE CORPORATIONS 1 through 25, inclusive,<br><br>  Defendants. | Case No.: 2:22-cv-00879-JCM-EJY<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendant and Counter-Claimant REDWOOD FIRE & CASUALTY INSURANCE COMPANY ("Redwood"), hereby substitutes:

   Michael W. Melendez
   Kennedys CMK LLP
   455 Market Street, Suite 1900
   San Francisco, CA  94105
   Tel: (415) 323-4460
   Fax: (415) 323-4445
   Email: Michael.Melendez@kennedyslaw.com

///

///

///

as attorney of record in place and stead of:

    Michael W. Melendez
    Cozen O'Connor
    3753 Howard Hughes Parkway, Suite 200
    Las Vegas, NV 89169
    Tel: (702) 470-2370

Dated:   June 1, 2023            By: _____
                                      Samantha Evans
                                      Redwood Fire & Casualty Insurance
                                      Company

I consent to the above substitution.

Dated:   June 1, 2023            COZEN O'CONNOR


                                By: _____
                                      Jan Tomasik
                                      COZEN O'CONNOR
                                      Attorneys for Defendant and Counter-Claimant
                                      REDWOOD FIRE AND CASUALTY
                                      INSURANCE COMPANY

I am duly admitted to practice in this District.

Above substitution accepted.

Dated:   June 1, 2023            KENNEDYS CMK LLP


                                By: _____
                                      Michael W. Melendez
                                      KENNEDYS CMK LLP

Please check one:  __X__ RETAINED, or _____ APPOINTED BY THE COURT

                             **APPROVED:**

Dated:  June 1, 2023           _____
                                    UNITED STATES MAGISTRATE JUDGE